**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE MOORE, | : | |
| Plaintiff, | : | Case No. 1:19-cv-03480 |
| v. | : | Honorable Gary Feinerman |
| STATE COLLECTION SERVICE, INC., | : | Magistrate Judge Jeffrey T. Gilbert |
| Defendant. | : | |

## NOTICE OF SETTLEMENT

Plaintiff George Moore hereby notifies this Honorable Court that the parties named in the above-captioned case have reached an agreement in principle to settle this matter. Plaintiff respectfully requests that the Court vacate all pending deadlines and allow 60 days within which to finalize the settlement and file dispositive documentation.

Respectfully submitted,

GEORGE MOORE,
Pro Se

DATED: August 7, 2019       By: /s/ George Moore
George Moore
906 Chatham Drive
Carol Stream, IL 60188
Email: gmoore3@att.net
Telephone: (630) 699-3205

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2019, I filed the foregoing with the Court's CM/ECF system, which served the same on counsel of record.

By: /s/ George Moore
George Moore