**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE MOORE, | : | |
| Plaintiff, | : | Case No. 1:19-cv-03480 |
| v. | : | Honorable Gary Feinerman |
| STATE COLLECTION SERVICE, INC., | : | Magistrate Judge Jeffrey T. Gilbert |
| Defendant. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff GEORGE MOORE, and Defendant STATE COLLECTION SERVICE, INC., by and through its undersigned attorneys, hereby stipulate to the dismissal of the Action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

/s/ George Moore
GEORGE MOORE
906 Chatham Drive
Carol Stream, IL 60188
Email: gmoore3@att.net
Telephone: (630) 699-3205

PLAINTIFF, PRO SE

/s/ Robbie Malone
ROBBIE MALONE
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
Email: xmartin@mamlaw.com
COOPER M. WALKER
Email: cwalker@mamlaw.com

MALONE FROST MARTIN PLLC
NorthPark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
T: 214-346-2630 | F: 214-346-2631

COUNSEL FOR DEFENDANT
STATE COLLECTION SERVICE, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2019, I filed the foregoing Stipulation of Dismissal with Prejudice with the Court's CM/ECF system, which served the same on counsel of record.

                                                 By:  /s/ George Moore
                                                            George Moore